UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| In re: | Case No. **15-30499 MAW** |
|  | Judge Mary Ann Whipple |
| Sheronda C. Boyd | **TRUSTEE'S NOTICE OF COMMENCEMENT OF CONDUIT MORTGAGE PAYMENT(S) AS TO COURT CLAIM NO. 13 FOR THE PROPERTY ADDRESS OF: 5814 Staghorn, Toledo OH 43614** |
| Chapter 13 Debtor(s) |  |

Elizabeth A. Vaughan, the Standing Chapter 13 Trustee in the above captioned case, hereby gives notice that pursuant to the Chapter 13 Plan confirmed on December 18, 2015, the Trustee will commence making the Debtor(s) ongoing (conduit) post-petition mortgage payments regarding the real property located at: 5814 Staghorn, Toledo Oh 43614, Court Claim No. 13, as follows:

| CREDITOR/SERVICER'S NAME: | SN Servicing Corp |
|---|---|
| CREDITOR/SERVICER'S ADDRESS: | 323 Fifth St. Eureka, CA 95501 |
| LOAN/ACCOUNT NUMBER: | 4061 |
| MONTHLY PAYMENT AMOUNT: | $640.80 |
| TRUSTEE'S FIRST PAYMENT WILL COMMENCE FOR THE MONTH OF: | March 2015 |

Please immediately notify the Trustee of any correction(s) to the above information. Additionally, the Trustee requests that any changes to the above information during the pendency of this case be made by Notice of Mortgage Payment Change, by Transfer of Claim or by a creditor change of address documents being filed with the Bankruptcy Court.

Respectfully submitted,

/s/ Elizabeth A. Vaughan
Elizabeth A. Vaughan
Standing Chapter 13 Trustee
316 N. Michigan St., Suite 501
Toledo OH 43604

## CERTIFICATION

I certify that on February 4, 2016, a true and correct copy of the Trustee's Notice of Commencement of Conduit Mortgage Payment(s) was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    Nathan M. Nishiki, on behalf of Debtor, at nnishiki@ohiolegalclinic.com

    United States Trustee at ustp.region09@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

    Sheronda C. Boyd
    5814 Staghorn
    Toledo, OH 43614
    Debtor(s)

    SN Servicing Corp
    323 Fifth St.
    Eureka, CA 95501
    On behalf of Creditor/Mortgage Holder

    /s/ Elizabeth A. Vaughan_____
    Elizabeth A. Vaughan
    Standing Chapter 13 Trustee