0033-5T-EPIB5T-00195994-235824

# United States Bankruptcy Court
FOR THE
Northern District of Ohio, Western Div

IN RE:
SHERONDA C. BOYD
5814 STAGHORN
TOLEDO, OH 43614

DATE 01/29/2016

CASE No. 15-30499 W

SS #1  XXX-XX-8316

## NOTICE OF CLAIMS FILED AND INTENT TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee to pay the claims as duly filed and allowed of creditors named and in the amounts set forth according to the terms of the plan, pursuant to 11 U.S.C. 502(a), and Bankruptcy Rule 3002. Unless a party in interest files an objection and request for hearing within 28 days of the date of the service of this Notice, the said claims will be so paid. If an objection to a claim is filed after disbursements have commenced pursuant to this Notice, the Chapter 13 Trustee will not pursue recovery of any funds disbursed prior to the objection.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
|  | MANLEY DEAS 7 KOCHALSKI / LLC<br>495 S HIGH STREET STE 300 / COLUMBUS, OH 43215-5869 |  |  | Not Filed |
|  | LUCAS COUNTY COMMON PLEAS COURT / DOMESTIC RELATIONS DIVI<br>800 ADAMS ST. / TOLEDO, OH 43604 |  |  | Not Filed |
| 001 | TOLEDO METRO FEDERAL / CREDIT UNION<br>1212 ADAMS STREET / TOLEDO, OH 43604 | 15,838.25 |  | DirectPay |
| 002 | TOLEDO METRO FEDERAL / CREDIT UNION<br>1212 ADAMS STREET / TOLEDO, OH 43604 | 1,075.91 | 0.0000 | Unsecured |
| 003 | ECMC / P.O. BOX 16408<br>ST. PAUL, MN 55116-0408 | 14,975.00 |  | DirectPay |
| 004 | NAVIENT SOLUTIONS ON BEHALF OF / DEPARTMENT OF EDUCATION<br>PO BOX 9635 / WILKES-BARRE, PA 18773-9635 | 45,979.44 |  | DirectPay |
| 005 | AMERICAN INFOSOURCE LP AS AGENT FOR / PROMEDICA HEALTH SYS<br>PO BOX 248838 / OKLAHOMA CITY, OK 73124-8838 | 91.86 | 0.0000 | Unsecured |
| 006 | AMERICAN INFOSOURCE LP AS AGENT FOR / PROMEDICA HEALTH SYS<br>PO BOX 248838 / OKLAHOMA CITY, OK 73124-8838 | 100.00 | 0.0000 | Unsecured |
| 007 | AMERICAN INFOSOURCE LP AS AGENT FOR / PROMEDICA HEALTH SYS<br>PO BOX 248838 / OKLAHOMA CITY, OK 73124-8838 | 198.37 | 0.0000 | Unsecured |
| 008 | AMERICAN INFOSOURCE LP AS AGENT FOR / PROMEDICA HEALTH SYS<br>PO BOX 248838 / OKLAHOMA CITY, OK 73124-8838 | 91.40 | 0.0000 | Unsecured |
| 009 | AMERICAN INFOSOURCE LP AS AGENT FOR / PROMEDICA HEALTH SYS<br>PO BOX 248838 / OKLAHOMA CITY, OK 73124-8838 | 228.32 | 0.0000 | Unsecured |
| 010 | OHIO DEPT OF TAXATION / C/O REBECCA DAUM<br>PO BOX 530 / COLUMBUS, OH 43216-0530 | 1,301.75 | 0.0000 | Priority |
| 010 | OHIO DEPT OF TAXATION / C/O REBECCA DAUM<br>PO BOX 530 / COLUMBUS, OH 43216-0530 | 5,323.55 | 0.0000 | Unsecured |

NATHAN M. NISHIKI
RAUSER & ASSOC LEGAL CLINIC
316 N. MICHIGAN ST., SUITE 420
TOLEDO, OH 43604

2,500.00    Debtor's Attorney

I hereby certify that a copy of this notice was served upon the debtor(s) and the debtor(s) attorney of record on this day by regular U.S. Mail postage prepaid at their addresses as appear in the records hereof.

DATE: 02/12/2016

/s/Elizabeth A. Vaughan

Elizabeth A. Vaughan
Chapter 13 Trustee

# United States Bankruptcy Court
FOR THE
Northern District of Ohio, Western Div

IN RE:  SHERONDA C. BOYD
5814 STAGHORN
TOLEDO, OH 43614

DATE 01/29/2016

CASE No. 15-30499 W

SS #1  XXX-XX-8316

## NOTICE OF CLAIMS FILED AND INTENT TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee to pay the claims as duly filed and allowed of creditors named and in the amounts set forth according to the terms of the plan, pursuant to 11 U.S.C. 502(a), and Bankruptcy Rule 3002.  Unless a party in interest files an objection and request for hearing within 28 days of the date of the service of this Notice, the said claims will be so paid.  If an objection to a claim is filed after disbursements have commenced pursuant to this Notice, the Chapter 13 Trustee will not pursue recovery of any funds disbursed prior to the objection.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | FORGIVE % | CLASSIFICATION |
|---|---|---|---|---|
| 011 | LUCAS COUNTY TREASURER / ONE GOVERNMENT CENTER SUITE 500 / TOLEDO, OH 43604 | 5,728.07 12.0000% | | Secured |
| 012 | OHIO BUREAU OF WORKERS / COMPENSATION P O BOX 15567 / COLUMBUS, OH 43215-0567 | 300.00 | 0.0000 | Priority |
| 012 | OHIO BUREAU OF WORKERS / COMPENSATION P O BOX 15567 / COLUMBUS, OH 43215-0567 | 380.00 | 0.0000 | Unsecured |
| 013 | SN SERVICING CORP / 323 FIFTH ST. EUREKA, CA 95501 | Continuing | | Secured |
| 013A | SN SERVICING CORP / 323 FIFTH ST. EUREKA, CA 95501 | 17,072.18 | | Secured |
| 014 | DEPARTMENT OF PUBLIC / UTILITIES 420 MADISON AVE SUITE 100 / TOLEDO, OH 43667-0001 | 240.36 | | Secured |
| 014 | DEPARTMENT OF PUBLIC / UTILITIES 420 MADISON AVE SUITE 100 / TOLEDO, OH 43667-0001 | 96.36 | 0.0000 | Unsecured |
| 015 | COMMISSIONER OF TAXATION / ATTN BETH SORGENFREI CITY OF TOL ONE GOVERNMENT CENTER SUITE 2070 / TOLEDO, OH 43604 | 2,727.24 | 0.0000 | Priority |
| 015 | COMMISSIONER OF TAXATION / ATTN BETH SORGENFREI CITY OF TOL ONE GOVERNMENT CENTER SUITE 2070 / TOLEDO, OH 43604 | 2,583.75 | 0.0000 | Unsecured |
| | Total | 114,331.81 | ******* | |
| | | 2,500.00 | | Debtor's Attorney |

NATHAN M. NISHIKI
RAUSER & ASSOC LEGAL CLINIC
316 N. MICHIGAN ST., SUITE 420
TOLEDO, OH 43604

I hereby certify that a copy of this notice was served upon the debtor(s) and the debtor(s) attorney of record on this day by regular U.S. Mail postage prepaid at their addresses as appear in the records hereof.

DATE:  02/12/2016

/s/Elizabeth A. Vaughan

Elizabeth A. Vaughan
Chapter 13 Trustee